*MADE JS-6*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAY SHAKTAH,<br><br>        Plaintiffs,<br><br>  v.<br><br>CITIMORTGAGE, INC., et al.,<br><br>        Defendants. | Case No. CV 12-7367-GW(FMOx)<br><br>**ORDER TO DISMISS WITHOUT PREJUDICE** |

Based upon the Notice of Dismissal, filed on November 19, 2012, it is hereby ORDERED that this action is hereby dismissed in its entirety.

IT IS SO ORDERED.

Dated: November 19, 2012              BY THE COURT

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT COURT